**Fill in this information to identify your case:**

Debtor 1: **Logan** (First Name) **Albert** (Middle Name) **Nahmias** (Last Name)

Debtor 2 (Spouse, if filing): First Name ___ Middle Name ___ Last Name ___

United States Bankruptcy Court for the: District of **Colorado**

Case number (if known): **25-10082 JGR**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** **CAPITAL ONE BANK USA** — Creditor's Name<br>PO Box 30285<br>Number   Street<br>SALT LAKE CITY, UT 84131<br>City   State   ZIP Code<br>Describe the property that secures the claim:<br>145 Wild Horse Circle Boulder, CO 80304<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent  ☐ Unliquidated  ☐ Disputed | $11,434.00 | $1,350,000.00 | $0.00 |

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **CreditCard**

Date debt was incurred **12/8/2015**   Last 4 digits of account number **2 8 5 5**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$11,434.00**

CAW

Debtor 1  Logan  Albert  Nahmias    Case number (if known) 25-10082 JGR
  First Name  Middle Name  Last Name

**Part 1: Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.2 Cenlar**
Creditor's Name
Po Box 77404
Number    Street

Ewing, NJ 08628-6404
City    State    ZIP Code

Describe the property that secures the claim:

145 Wild Horse Circle Boulder, CO 80304

$82,000.00    $1,350,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

**2.3 Edward F Strack**
Creditor's Name
1295 Woodgate Dr
Number    Street

Carmel, IN 46033
City    State    ZIP Code

Describe the property that secures the claim:

145 Wild Horse Circle Boulder, CO 80304

$45,673.00    $1,350,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    **$127,673.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: _____

LAN

Debtor 1  Logan Albert Nahmias   Case number *(if known)* 25-10082 JGR
First Name  Middle Name  Last Name

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**Part 1:** Additional Page
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

**2.4** Jack Romano
Creditor's Name
504 West Grand Central Ave
Number   Street

Tampa, FL 33606
City   State   ZIP Code

Describe the property that secures the claim:  $266,230.00  $1,350,000.00  $0.00

145 Wild Horse Circle Boulder, CO 80304

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

**2.5** Joseph Ramos
Creditor's Name
5689 Alkire Street
Number   Street

Arvada, CO 80002
City   State   ZIP Code

Describe the property that secures the claim:  $108,000.00  $1,350,000.00  $0.00

145 Wild Horse Circle Boulder, CO 80304

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:  $374,230.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

Debtor 1  Logan   Albert   Nahmias  Case number (if known) 25-10082 JGR
         First Name  Middle Name  Last Name

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|

**Part 1:** Additional Page
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

**2.6 Mr. Cooper**
Creditor's Name
POB 619094
Number    Street

Dallas, TX 75261-9741
City    State    ZIP Code

Describe the property that secures the claim: $180,761.00    $1,350,000.00    $0.00

145 Wild Horse Circle Boulder, CO 80304

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

**2.7 Winpro Debt Oppor. Fund II**
Creditor's Name
6801 Emporia Street
Number    Street

Englewood, CO 80112
City    State    ZIP Code

Describe the property that secures the claim: $500,000.00    $1,350,000.00    $0.00

145 Wild Horse Circle Boulder, CO 80304

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number  x  x  x  x

Remarks: Winpro owns one or more promissory notes secured by deeds of Trust secured by the property. The amount owed is disputed.

Add the dollar value of your entries in Column A on this page. Write that number here:  $680,761.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $1,194,098.00



| Debtor 1 | Logan | Albert | Nahmias | Case number *(if known)* 25-10082 JGR |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1. | Janeway Law Firm, P. C. | | On which line in Part 1 did you enter the creditor? 2.7 |
|---|---|---|---|
| | Name | | Last 4 digits of account number ___ ___ ___ ___ |
| | 9800 S Meridian Blvd Ste 400 | | |
| | Number  Street | | |
| | Englewood, CO 80112-6038 | | |
| | City  State  ZIP Code | | |

LAW